| | |
|---|---|
| George Moschopoulos (SBN 249905)<br>THE LAW OFFICE OF<br>GEORGE MOSCHOPOULOS, APC<br>34197 Pacific Coast Hwy., Suite 100<br>Dana Point, CA 92629<br>Telephone: (714) 904-1669<br>Facsimile: (949) 272-0428 | Rhonda H. Wills<br>*(Admitted Pro Hac Vice)*<br>WILLS LAW FIRM, PLLC<br>1776 Yorktown, Suite 570<br>Houston, TX 77056<br>Telephone: (713) 528-4455<br>Facsimile: (713) 528-2047 |

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DWAYNE STRICKLAND, ERIC HILLNER, BRIAN RAUTER, WAYNE SHEPHEARD II and JEFFREY BARNES, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>V.<br><br>ARAMARK UNIFORM & CAREER APPAREL, LLC<br><br>Defendant. | Case No. 2:14-CV-9851 CAS (JEMX)<br><br>**DECLARATION OF RHONDA H. WILLS IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT ARAMARK UNIFORM & CAREER APPAREL, LLC'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404**<br><br>Date: May 4, 2015<br>Time: 10:00 a.m.<br>Court: Courtroom 5, 2nd Floor<br>Judge: Honorable Christina A. Snyder<br><br>Complaint Filed: December 26, 2014<br>Trial Date: None |

EXHIBIT A

# DECLARATION OF RHONDA H. WILLS

I, Rhonda H. Wills, declare that:

1. I am an attorney at law who has been admitted *pro hac vice* to practice before this Court in this matter. I am counsel through my law firm, WILLS LAW FIRM, PLLC, for the plaintiffs and the putative collective action members in this case, along with attorney George Moschopoulos.

2. I have personal knowledge of the facts stated herein, and would and could testify competently thereto if sworn as a witness.

3. My co-counsel, George Moschopoulos, offices in Dana Point, California, which is within the Central District of California.

4. I am attaching hereto as **Exhibit 1** a true and correct copy of the LinkedIn page of Lynn Farrell, which was printed from the LinkedIn website (www.linkedin.com).

5. I am attaching hereto as **Exhibit 2** a true and correct copy of the LinkedIn page of Alma Magana, which was printed from the LinkedIn website (www.linkedin.com).

6. I am attaching hereto as **Exhibit 3** a true and correct copy of the LinkedIn page of Michael Yoblonski, which was printed from the LinkedIn website (www.linkedin.com).

7. I am attaching hereto as **Exhibit 4** a true and correct copy of the LinkedIn page of Steven Friedman, which was printed from the LinkedIn website (www.linkedin.com).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this declaration is made and executed on this 13th day of April, 2015.

*Rhonda H. Wills*
Rhonda H. Wills