IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DWAYNE STRICKLAND, ERIC HILLNER, BRIAN RAUTER, WAYNE SHEPHEARD II, and JEFFREY BARNES, Individually and On Behalf of All Others Similarly Situated, | ) ) ) CIVIL ACTION ) CASE NO.  15-7823-DCC-KMH ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| ARAMARK UNIFORM & CAREER APPAREL, LLC, | ) ) ) |
| Defendant. | ) |

**AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: Rhonda H. Wills

2. I practice under the following firm name or letterhead:

   Name: WILLS LAW FIRM, PLLC

   Address: 1776 Yorktown, Suite 570
   Houston, Texas 77056

   Telephone Number: (713) 528-4455

   Fax: (713) 528-2047

   Email address: rwills@rwillslawfirm.com

1

3. I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date of Admission | Bar Number |
|---|---|---|
| United States Supreme Court | 2000 | |
| Fifth Circuit Court of Appeals | 1999 | |
| U.S. District Court for the Southern District of Texas | 1998 | 20699 |
| U.S. District Court for the Western District of Texas | 2011 | |
| U.S. District Court for the Northern District of Texas | 2014 | |
| All State Courts in Texas | 1994 | 00791943 |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

IN WITNESS HEREOF, I, Rhonda H. Wills, have executed this Agreement as of the day of May 19, 2015 under penalty of perjury in accordance with 28 U.S.C. § 1746.

*/s/ Rhonda H. Wills*
Rhonda H. Wills
WILLS LAW FIRM, PLLC
1776 Yorktown, Suite 570
Houston, Texas 77056
Telephone: (713) 528-4455
Facsimile: (713) 528-2047
rwills@rwillslawfirm.com

STATE OF TEXAS      )
                    )
COUNTY OF HARRIS    )

[Notary Seal: CYNTHIA D. THOMPSON, Notary Public, State of Texas, My Commission Expires September 12, 2018]

On the 19th day of May 2015, before me personally appeared RHONDA H. WILLS, personally known to me or who proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument, and that by her signature on this instrument, she executed this instrument.

_____
Notary Public

3